UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA REYES, | No. 2:13-cv-2275 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| RUTH RODRIGUEZ, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In the complaint, plaintiff complains about the actions of the manager of a mobile home park. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why

/////

1 | this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction
2 | will result in a recommendation that the action be dismissed.
3 |         Accordingly, IT IS HEREBY ORDERED that:
4 |         1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;
5 |         2.  No later than November 18, 2013, plaintiff shall show cause why this action should
6 | not be dismissed for lack of subject matter jurisdiction.
7 | Dated:  November 5, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 reyes2275.ifp.nosmj