UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA REYES, | No. 2:13-cv-2275 MCE CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| RUTH RODRIGUEZ, | |
| Defendant. | |

In this action, plaintiff complains about the actions of the manager of a mobile home park. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. By order filed November 6, 2013, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not responded to the order to show cause. There is no basis of subject matter jurisdiction evident in plaintiff's pleadings.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

/////

1

1  within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.</u>
2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  Dated: November 20, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 reyes2275.57